1   DANIEL S. MILLER (State Bar No. 218214)
    dmiller@millerbarondess.com
2   SAMANTHA RIFKIN (State Bar No. 349277)
    srifkin@millerbarondess.com
3   MILLER BARONDESS, LLP
    2121 Avenue of the Stars, Suite 2600
4   Los Angeles, California 90067
    Telephone: (310) 552-4400
5   Facsimile:  (310) 552-8400

6   Attorneys for Plaintiff
    STUDIOFEST LLC
7

8              **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  STUDIOFEST LLC, a New York            **CASE NO.**
    limited liability company,
12                                        **COMPLAINT FOR:**
              Plaintiff,
13                                        **COPYRIGHT INFRINGEMENT**
          v.
14
    WILLIAM MORRIS ENDEAVOR
15  ENTERTAINMENT, LLC, a California
    limited liability company;
16  DAVE FRANCO, an individual;
    ALISON BRIE, an individual;
17  MICHAEL SHANKS, an individual;        **[DEMAND FOR JURY TRIAL]**
    NEON RATED, LLC, a Delaware
18  limited liability company; and DOES 1
    through 10, inclusive,
19
              Defendants.
20

21

22

23

24

25

26

27

28

723277.10

Plaintiff StudioFest LLC ("StudioFest") hereby alleges against Defendants William Morris Endeavor Entertainment, LLC ("WME"), Dave Franco ("Franco"), Alison Brie ("Brie"), Michael Shanks ("Shanks"), NEON Rated, LLC ("Neon"), and DOES 1-10, inclusive (together, "Defendants"), as follows:

## NATURE OF THE ACTION

1. This action arises from Defendants' deliberate and unlawful copying of Plaintiff's original screenplay *Better Half*.

2. Plaintiff StudioFest is a production, financing, and distribution company that acquired the exclusive rights to develop, produce and exploit the *Better Half* script written by Patrick Phelan ("Phelan").

3. StudioFest set its sights on casting real-life married couple Dave Franco and Alison Brie in the two lead roles. In 2020 it submitted the *Better Half* script and synopsis directly to Franco's and Brie's agents at WME. Defendants Franco and Brie passed on the offer to star in the project.

4. But in January 2025 Plaintiff learned that Franco and Brie were producing and starring in a virtually identical film entitled *Together*, written and directed by another WME client—Michael Shanks.

5. *Together* is a blatant rip-off of *Better Half*. Both works center around a couple who wake up to find their bodies physically fused together as a metaphor for codependency. The similarities do not end there. Defendants lifted wholesale creative elements, including but not limited to, plot, themes, characters, dialogue, mood, setting, pace, and sequence of events.

6. Defendants' unauthorized appropriation of Plaintiff's script has directly contributed to the commercial success of *Together*. The film sold to NEON Rated, LLC doing business as "Neon" for a reported $17 million after it premiered at the Sundance Film Festival and went into a bidding war, making it one of the biggest deals in Sundance history. WME Independent—the film sales and financing arm of WME—brokered the deal.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600   LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

7.     Plaintiff brings this lawsuit to hold Defendants accountable for their theft.  Plaintiff seeks to recover damages and to enjoin any further infringement of StudioFest's copyright interests.

## **PARTIES**

8.     Plaintiff StudioFest is a limited liability company organized under the laws of New York and maintains its principal place of business in New York, New York.

9.     Defendant WME is a limited liability company organized under the laws of California and maintains its principal place of business in Beverly Hills, California.

10.     Defendant Dave Franco is an individual residing in Los Angeles, California.

11.     Defendant Alison Brie is an individual residing in Los Angeles, California.

12.     Defendant Michael Shanks is an individual residing in Melbourne, Australia.

13.      Defendant Neon is a limited liability company organized under the laws of Delaware and maintains its principal place of business in Los Angeles, California.

14.     The true names and capacities, whether individual, corporate, or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.  Plaintiff will seek leave to amend this Complaint to allege the true names and capacities of DOES 1 through 10, inclusive, when Plaintiff has ascertained such information.  Plaintiff is informed and believes, and on that basis alleges, that each Defendant named herein as DOES 1 through 10, inclusive, has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reason thereof.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

15.    Plaintiff is informed and believes, and on that basis alleges, that each Defendant conspired with, aided and abetted, ratified the conduct of, knowingly acquiesced in and accepted the benefits of each other Defendant as alleged herein.

16.    Plaintiff is informed and believes, and on that basis alleges, that except as otherwise alleged herein, each of the Defendants is, and at all times relevant to this Complaint was, the agent, employer, partner, joint venturer, alter ego, affiliate, and/or co-conspirator of the other Defendants and, in doing the things alleged herein, was acting within the course and scope of such positions at the direction of, and/or with the permission, knowledge, consent, and/or ratification of the other Defendants.

## **JURISDICTION AND VENUE**

17.    The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367(a) because the Court has original jurisdiction over StudioFest's claim for copyright infringement arising under 17 U.S.C. §§ 101 *et seq*.

18.    The Court has personal jurisdiction over Defendants because they reside and/or conduct business in the State of California.

19.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because Defendants reside and/or conduct a substantial amount of business in the district and a substantial part of the events and omissions giving rise to Plaintiff's claim occurred in this district.  Venue also is proper in this district pursuant to 28 U.S.C. § 1391(c) and 1400(a) because Defendants are subject to personal jurisdiction in this district.

### A.    **Development of *Better Half***

20.    In or around 2011, Patrick Phelan conceived the idea for *Better Half* after he read *Plato's Symposium* and thought a film about two people who become fused together lent itself to comedic expression.  Phelan developed the idea over many years and wrote the *Better Half* screenplay in 2019.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

21.    StudioFest is a production, financing, and distribution company specifically designed to discover and elevate new voices.  It produced its debut feature film *Souvenirs* in 2018 and sold it to A & E Networks.  StudioFest optioned Phelan's script in 2019.

22.    StudioFest expended considerable time and money to produce *Better Half*.  It cast Dianne Doan and Connor Paolo as the leads, with filming starting on October 7, 2021 and ending in November 2021.  The film premiered at Dances With Films in 2023 and then screened at the Brooklyn Film Festival, Heartland Film Festival, Beloit International Film Festival, and Julien Dubuque International Film Festival.

23.    StudioFest registered the *Better Half* motion picture with the United States Copyright Office on August 20, 2024, ahead of its distribution deal (Registration Number PA 2-492-220).  StudioFest also owns the copyright to the *Better Half* screenplay, which it registered on April 7, 2025 with the United States Copyright Office (Registration Number TXu 2-479-695).

**B.    StudioFest Submits an Offer to Franco and Brie**

24.    Defendant WME is one of Hollywood's biggest and most powerful entertainment agencies, representing some of the world's top artists and talent.  In the motion picture industry, production companies and writers commonly submit ideas and written materials to agencies with the understanding that these ideas and materials will not be disclosed or used without compensation or consent.

25.    StudioFest hired Lois Drabkin ("Drabkin") to oversee casting for *Better Half*.  According to industry practice, on August 19, 2020 Drabkin emailed WME agents T.J. Bernardy ("Bernardy") and Jessica Kovacevic ("Kovacevic"), who represent Franco and Brie respectively, to extend their clients an official offer for the two leads.

26.    In Drabkin's email, she provided a synopsis of the project and attached the full *Better Half* script for Franco and Brie to review.  The script was shared in

1  confidence and with the understanding that it would not be disclosed or used beyond

2  the limits of the confidence without StudioFest's consent.

3       27.    Bernardy replied to Drabkin's email asking for clarification: "Thanks!

4  So to be clear, offer for both Dave and Alison?"  Drabkin responded affirmatively,

5  confirming the offer was for both actors.  Bernardy followed up the next day to

6  inform Drabkin that Franco was going to pass.  A true and correct copy of the email

7  exchange is attached hereto as **Exhibit A**.

8       **C.    Defendants Copy *Better Half***

9       28.    Plaintiff is informed and believes that Defendants engaged in an

10  intentional scheme to copy *Better Half*, and that Franco and Brie rejected

11  StudioFest's offer because they wanted to produce the film themselves and have

12  WME package the project with one of the agency's own writers.

13      29.    Defendants Franco and Brie have been married since 2017 and have

14  worked on a number of projects together, including co-starring in *The Little Hours*,

15  *The Disaster Artist*, *Horse Girl* and *The Rental*.  Franco also directed Brie in

16  *Somebody I used to Know*.

17      30.    According to public interviews, Franco and Brie signed on to produce

18  and star in *Together* immediately after WME arranged a meeting between Franco

19  and Shanks.  In an interview with *The Hollywood Reporter*, Shanks says that his

20  agent at WME works with Franco and suggested they meet.  When Franco and

21  Shanks met over Zoom, Shanks pitched the script *Together* and then sent Franco the

22  full screenplay.  According to Brie, she had been "lurking in the shadows" during

23  the meeting and listening in.  Franco forwarded her the script, and the couple signed

24  on the next day.

25      31.    On information and belief, Defendants commenced development of

26  *Together* after WME, Franco, and Brie received the *Better Half* screenplay.

27  *Deadline* was the first media outlet to announce development of *Together* on

28  February 6, 2024—three and a half years after the *Better Half* script was shared with

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400   FAX: (310) 552-8400

Defendants. *Deadline* reported that Franco and Brie were set to produce and star in a feature film from first-time writer-director Michael Shanks with details of the project "being kept under wraps."

32. On January 29, 2025, Plaintiff learned that Franco and Brie were producing and starring in a competing film when it saw an article about *Together* that used a virtually identical promotional image as the one used for *Better Half*.

 

*Better Half* (left)                              *Together* (right)

33. Plaintiff received a flurry of calls and text messages from colleagues and friends, expressing concern over the striking similarities between the two projects. For example, one such text message read: "sounds like something else i've [sic] heard of ! [sic]" with a link to an article about *Together*.

34. On January 30, 2025, *Better Half* producers Jess Jacklin ("Jacklin") and Charles Beale ("Beale") decided to attend the Sundance Film Festival screening of *Together* to assess the extent of the similarities. As the audience laughed and cheered, Jacklin and Beale sat in stunned silence, their worst nightmare unfolding. Scene after scene confirmed that Defendants did not simply take "stock ideas" or "*scenes a faire*" but stole virtually every unique aspect of *Better Half's* copyrightable expression.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600 LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400 FAX: (310) 552-8400

**D.** *Together***'s Success**

35.    Defendants' unlawful appropriation of Plaintiff's work has directly contributed to the commercial success of *Together*.  On information and belief, after the film's debut at the Sundance Film Festival, it went into a days-long bidding war. WME Independent reportedly fielded offers from multiple buyers, including A24 vying for the film.  *Together* ultimately sold to Neon for approximately $17 million, making it one of the biggest Sundance deals on record.  Neon has acquired the distribution rights to five consecutive Palme d'Or winners at the Cannes Film Festival, with its feature film *Parasite* winning four Academy Awards, including Best Picture and Best Director.

36.    *Together* also premiered at the South by Southwest Film & TV Festival ("SXSW") on March 7, 2025.  The film has earned widespread acclaim, receiving positive reviews from critics and audiences alike.

37.    Plaintiff is informed and believes that *Together* is scheduled for theatrical release in the United States on July 30, 2025.

**E.** *Together* **is Substantially Similar to** *Better Half*

38.    *Together* is a blatant rip-off of *Better Half*, copying the latter's plot, themes, characters, dialogue, mood, setting, pace, and sequence of events.  The totality of similarities between the two projects belies any claim of coincidence or independent creation.

      **(a)**    **Plot**

39.    Both *Better Half* and *Together* center around a couple who wake up to find their bodies physically fused together as a metaphor for codependency.

40.    In both works, *Plato's Symposium* serves as a thematic vehicle to explore the idea that humans were once whole but were split apart, leaving them searching for their missing half.  Indeed, *Together* copies *Better Half*'s explicit reference to *Plato's Symposium* in a virtually verbatim way, with both works explaining that humans were originally created with two faces and eight limbs and

were split in half by Zeus because the gods feared man's power.

41.     In both *Better Half* and *Together*, the main characters struggle to navigate daily life as their physical attachment progresses and they start to control each other's body parts.  While at first they desperately search for ways to detach their bodies—from medical intervention to chainsaws—by the end, they resign themselves to their conjoined existence.

42.     In fact, both works end in the same way, with the couple pulling out a vinyl record of the Spice Girls album—*Spiceworld*—in the scene where they accept their fate.

**(b)     <u>Themes</u>**

43.     Both *Better Half* and *Together* share the same themes of codependency, isolation, autonomy, fear of becoming one's parents, lack of accomplishment in career, and fear of commitment.

44.     In both works, *Plato's Symposium* is used as a storytelling device to explore the theme of codependency.

**(c)     <u>Characters</u>**

45.     Both works follow two main characters in their 30s: (1) a character who is eager to propose and represents the paradigmatic codependent partner ("Character A"); and (2) a character who is commitment-phobic and fixated on their career ("Character B").



*Better Half* (left)                    *Together* (right)

723277.10

46.     In both works, Character B's commitment phobia is rooted in parental trauma.  Having grown up with codependent parents, Character B witnessed the unhealthy consequences of enmeshed relationships.

47.     In both works, the main characters' careers are also substantially similar.  In both, Character A is a teacher and Character B is a punk artist looking for their big break.

48.     In both works, the characters struggle to hide their attachment from their co-workers and the outside world.  The main characters also go through similar character arcs of desperately searching for ways to become physically detached to ultimately accepting their fate of being fused together.

49.     Both works focus the majority of the screen time on the development and interaction of Character A and Character B with other characters relegated to secondary or supporting roles.

**(d)    Sequence of Events**

50.     Both works open with a visual motif that foreshadows the protagonists' fate of being inextricably bound together.  *Better Half* uses a drawing of a creature that resembles two human-like figures conjoined together while *Together* shows two dogs that are stuck together.

51.     In both works, the first act introduces Character A as a teacher who is ready for commitment and Character B as a commitment-phobic aspiring artist looking for their big break.

52.     In both works, awkward marriage proposals are used to highlight Character A's codependency.  In *Better Half*, Character A recounts stories of past awkward proposals, and in *Together* Character A awkwardly proposes.

53.     Both works also use a strikingly similar visual motif of rodents that are stuck together early in act one to hint at the characters' fate.  In *Better Half*, Character B finds two mice stuck together.  In *Together*, Character B encounters rats stuck together.  This is not a generic or incidental similarity.  It is a unique and

Miller Barondess, LLP
Attorneys at Law
2121 Avenue of the Stars, Suite 2600  Los Angeles, California 90067
Tel: (310) 552-4400  Fax: (310) 552-8400

1  highly specific artistic decision that underscores Defendants' improper

2  appropriation.

3      54.    Early in both works, a supernatural force serves as a catalyst for the

4  characters becoming fused together.  In *Better Half*, lightning causes the

5  protagonists to become conjoined, while in *Together*, a water source causes the

6  protagonists' fusion.  And in both works, the couple awaken after a rainstorm to find

7  themselves physically attached.

8      55.    In the second act of both works, one of the main characters discusses

9  their obsession with Spice Girls and the other lead character discusses their parental

10 trauma which led to their fear of commitment.

11     56.    In the second act of both works, the protagonists experience a

12 progression of their physical attachment where they begin to control each other's

13 body parts.

14     57.    Both works feature a strikingly similar bathroom sequence where the

15 protagonists become attached at the genitals and attempt to hide their intimate

16 encounter from a minor character waiting just outside.  In *Better Half*, they scramble

17 to hide from Character A's former love interest who is just outside the bathroom

18 door.  And in *Together*, they desperately try to conceal their intimate predicament

19 from Character A's implied romantic crush, who similarly lingers by the bathroom

20 doorway.  This is not a generic comedic trope—it is a highly specific, artistic choice

21 that plays out in a nearly identical fashion with both works framing the scene using

22 a visual shot of the minor character's feet peeking out from just outside the door.

23 Defendants used the same combination of the awkward physical attachment, the

24 urgency to remain hidden, and the romantic subtext of the looming outsider to

25 achieve a substantially similar feel.

26     58.    In both works, the visual motif introduced in the opening scene is

27 called back in the second act to reinforce the theme of codependency.  In *Better*

28 *Half*, Character A pulls out a projector image of the conjoined creature from a

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

classroom lecture.  In *Together*, Character A sees a drawing of conjoined dogs on a student's desk during class.

59.    In the second act of both works, Character B tries desperately to make it in time for their pivotal career-defining moment but is unable to get to where they need to be due to their physical attachment to Character A.  In both, Character B's friend expresses frustration asking where Character B is.

60.    In *Better Half* and *Together*, as the physical attachment progresses, Character A and Character B experience seizure-like movements.

61.    In both works, the characters discuss using a chainsaw as a detachment device and have a similar fight about going to the hospital for medical intervention.

62.    Both works conclude in the same way where the characters, after battling each other and their attachment, play a vinyl record and dance together in a pivotal emotional scene.  Both works end with the characters pulling out the same exact Spice Girls record: *Spiceworld*.



*Better Half*

(e)    <u>**Setting**</u>

63.    Both works are set in the modern-day and largely take place inside the home as the main characters try to hide their physical attachment from the outside world.

64.    Both *Better Half* and *Together* include scenes at the school where Character A works.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

65.    Both works feature a scene at a doctor's office where the doctor is unable to diagnose the couple's physical attachment or offer a cure.

**(f)    <u>Mood and Pace</u>**

66.    Both *Better Half* and *Together* are character-driven works with romantic comedy and horror elements.

67.    Both works employ cartoonish aesthetics.  StudioFest pitched *Better Half* as having "live-action cartoon" aesthetics and *Together* has been described as a "Looney-Tunes bash."

68.    Both works are powered by a sense of urgency as the two characters struggle to prevent their attachment from growing stronger.  In both, scenes are often punctuated by quippy jokes as the sense of urgency accelerates and the attachment grows.

**(g)    <u>Dialogue</u>**

69.    Both works discuss *Plato's Symposium* in a near verbatim way explaining that human beings originally had two faces and eight limbs, but Zeus split them in half because the gods feared man's power.

70.    In both works, the main characters have a similar debate about whether they should detach themselves by using a chainsaw.

71.    Both works feature a scene where the characters fight about going to the hospital as a last-ditch effort to detach themselves.

72.    In both works, Character B makes a similar joke about the doctor's age.

73.    In both works, one of the lead characters has a conversation with their best friend who questions their relationship choices and encourages them to prioritize their happiness.

74.    Both works reference the Spice Girls throughout the story, including a reference to the same exact Spice Girls song "2 Become 1."

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

# CAUSE OF ACTION

## (Copyright Infringement)

### (*Against All Defendants*)

75.  Plaintiff StudioFest incorporates and realleges all the foregoing and subsequent allegations as if fully set forth herein.

76.  StudioFest is the owner of the copyright in an original work that is fixed in tangible medium of expression.

77.  StudioFest has the exclusive rights to produce the *Better Half* screenplay, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work, and display and perform the copyrighted work publicly.

78.  Defendants had access to the *Better Half* script and copied concrete elements for their own film.  *Better Half* and *Together* are substantially and strikingly similar in myriad ways, including but not limited to, plot, themes, characters, mood, pace, setting, dialogue, and sequence of events.

79.  On information and belief, Defendants have produced, reproduced, prepared derivative works based upon, distributed, publicly performed, and/or publicly displayed StudioFest's protected work and/or derivatives of StudioFest's protected work without StudioFest's consent.

80.  By broadcasting the infringing work *Together*, Defendants have distributed copyrighted elements of *Better Half*, and the expression contained therein, to the public, performed and displayed the copyrighted work publicly, and created a derivative work based on *Better Half* without StudioFest's consent.

81.  By engaging in the conduct described above, Defendants have committed and continue to commit copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*.

82.  As a direct and proximate result of Defendants' infringement, StudioFest has suffered damages, including but not limited to, lost revenues and

1  profits, damaged relations with existing and prospective business partners, loss of

2  goodwill, and continuing loss of value of its copyright interests in *Better Half*.

3  Indeed, when *Together* is released in theaters on or around July 30, 2025, there is a

4  significant likelihood that the public will assume *Better Half* copied *Together* due to

5  the extensive and highly publicized press coverage surrounding Defendants' film.

6        83.    Defendants' infringement and substantial contributions to the

7  infringement of StudioFest's copyrighted work and/or Defendant's failure to

8  exercise their right and ability to supervise persons within their control to prevent

9  such persons from infringing StudioFest's copyrighted work have been done

10  willfully and in conscious disregard of StudioFest's rights under the federal

11  Copyright Act.  Defendants have directly, contributorily, and /or vicariously

12  infringed StudioFest's copyrighted work.

13        84.    As a direct and proximate result of Defendants' infringement of

14  StudioFest's copyright interest in *Better Half*, StudioFest has been damaged and

15  continues to be damaged in an amount to be proven at trial.  StudioFest is also

16  entitled to statutory damages, to the extent they exceed StudioFest's actual damages,

17  for each of Defendants' acts of infringement under 17 U.S.C. § 504(a).

18        85.    In doing the acts alleged herein, Defendants acted willfully and

19  maliciously, entitling StudioFest to enhancement of any statutory damages pursuant

20  to 17 U.S.C. § 504(c)(2).

21        86.    In doing the acts alleged herein, StudioFest is entitled to disgorgement

22  of profits pursuant to 17 U.S.C. § 504(b).

23        87.    In doing the acts alleged herein, StudioFest is entitled to attorneys' fees

24  and costs pursuant to 17 U.S.C. § 505.

25        88.    Defendants' infringement has caused and will continue to cause

26  irreparable harm, for which StudioFest has no adequate remedy at law.  StudioFest

27  is therefore entitled to preliminary and permanent injunctions prohibiting

28  Defendants from further acts of infringement.

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

1

## **PRAYER FOR RELIEF**

2          WHEREFORE, Plaintiff respectfully prays for judgment against Defendants

3    as follows:

4          (1)    For damages in an amount according to proof at trial;

5          (2)    For disgorgement of profits pursuant to 17 U.S.C. § 504(b);

6          (3)    For preliminary and permanent injunctive relief;

7          (4)    For StudioFest to recover its proven damages or statutory damages

8                 elected in accordance with the Copyright Act, 17 U.S.C. § 504;

9          (5)    For costs of suit incurred herein and attorneys' fees pursuant to

10                pursuant to 17 U.S.C. § 505;

11         (6)    For an award of pre-and post-judgment interest at the legal rate; and

12         (7)    For such other relief that the Court deems just and proper.

13

14

15   DATED:  May 13, 2025              MILLER BARONDESS, LLP

16

17

18                                By:    */s/ Daniel S. Miller*
                                         _____
19                                       DANIEL S. MILLER
                                         Attorneys for Plaintiff
20                                       STUDIOFEST LLC

21

22

23

24

25

26

27

28

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400

723277.10

COMPLAINT

## **DEMAND FOR JURY TRIAL**

By its undersigned attorney, Plaintiff hereby demands a jury trial.

DATED:  May 13, 2025                MILLER BARONDESS, LLP


                                          By:    */s/Daniel S. Miller*
                                                 _____
                                                 DANIEL S. MILLER
                                                 Attorneys for Plaintiff
                                                 STUDIOFEST LLC

MILLER BARONDESS, LLP
ATTORNEYS AT LAW
2121 AVENUE OF THE STARS, SUITE 2600  LOS ANGELES, CALIFORNIA 90067
TEL: (310) 552-4400  FAX: (310) 552-8400