# EXHIBIT A

From: **T.J. Bernardy**
Date: Thu, Aug 20, 2020 at 12:46 PM
Subject: Re: Dave Franco // BETTER HALF feature film offer/inquiry
To: Casting
Cc: TEEJ                     , Jessica Kovacevic

Dave is going to pass, but thank you for thinking of him.

T.J. Bernardy | WME

From: Casting
Date: Wednesday, August 19, 2020 at 10:14 AM
To: "T.J. Bernardy"
Cc: TEEJ                              Jessica Kovacevic
Subject: Re: Dave Franco // BETTER HALF feature film offer/inquiry

> **EXTERNAL**

Yes, thanks!

On Aug 19, 2020, at 12:15 PM, T.J. Bernardy                              wrote:

Thanks! So to be clear, offer for both Dave and Alison?

T.J. Bernardy | WME

**From:** Lois Drabkin <span style="background:black">████████████</span>
**Date:** Wednesday, August 19, 2020 at 8:39 AM
**To:** "T.J. Bernardy" <span style="background:black">████████████</span>
**Cc:** TEEJ <span style="background:black">████████████</span>
**Subject:** Dave Franco // BETTER HALF feature film offer/inquiry

> **EXTERNAL**

Hi T.J.,

It's casting director Lois Drabkin in New York, I hope all is well!

Producers have asked me to check in on bringing an offer to DAVE FRANCO,

and simultaneously to his wife ALISON BRIE, for the two leads in the feature film BETTER HALF,

a surreal, satirical comedy about a man and a woman who have a one-night stand,

and wake up to see that they have become literally and physically attached --

an attachment that seems to be progressing toward total connection/immersion unless

they figure out how to reverse it. Ultimately, it's a story with a heart, and will really hit

depending on the chemistry of the two leads.

Some information about the project/team:

SYNOPSIS: When a teacher looking for his true love and a tattoo artist looking for no commitment fun and professional success have a passionate one-night stand, something greater than them both transpires when they wake up to find themselves physically

attached to one another. Will this attachment of two opposites continue on its destructive, fateful path? Or will the experience through unchartered territory bring out their better half?

Patrick Henry Phelan is the writer/ director on the project. He's got a Master's out of USC and has been working as an AD mostly. This is his directorial debut. He's placed in BlueCat as well as Launch Screenplay competition and is an Amy Nichol Fellowship Semi Finalist.

He is a very collaborative director, working with his vision and happy to work with the actors on bringing their visions to their roles.

Short Film: https://vimeo.com/339467589

The producers are Jess Jacklin and Charles Irving Beale, who created a production company called StudioFest, with the intent of financing, shooting and distributing a filmmaker's first feature. Last year, I cast their debut feature, SOUVENIRS, which has just recently secured a distribution deal. They are currently part of MovieMaker Magazine's 'Demystified' series, where they follow the producers in their quest from pre-production to post-production. The episodes are on podcasts now, or on the moviemaker.com website.

The amazing prosthetic artist on the project is Arjen Tuiten, who did PAN'S LABYRINTH and most recently won an Oscar for WONDER.

They'd be able to shoot in LA, and would follow local Covid protocols for the short 12 - 14 day shoot, aiming for mid/late October 2020.

The primary location for the shoot will be a closed studio, so they will be able to shoot there, and not need

to go to many locations. The exact location is still to be determined. There will be a Health Coordinator on set daily, to ensure CoVid compliancy, per state protocol guidelines. A prosthetic would be used to "attach" the actors, and would need to be in place for 2 or 3 days of the shoot.

It's an ultra low budget, and they'd be able to offer $20K each to Mr. Franco and Ms. Brie.

I've attached a script to review, if interested. When you get a chance, please let me know your thoughts

on bringing an offer.

Thank you so much!

Best,

Lois

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓

```
--
jess jacklin
co-founder/producer
studiofest.com
```
▓▓▓▓▓▓▓▓▓▓

CAUTION: This email originated from outside of Miller Barondess. Do not click on any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.