NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
ADRIAN F. VALLENS (State Bar No. 332013)
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
NEON RATED, LLC; WILLIAM MORRIS
ENDEAVOR ENTERTAINMENT, LLC;
MICHAEL SHANKS; ALISON BRIE; and
DAVE FRANCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDIOFEST LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a California limited liability company; DAVE FRANCO, an individual; ALISON BRIE, an individual; MICHAEL SHANKS, an individual; NEON RATED, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-04294-JLS-SK<br><br>**DECLARATION OF CYDNEY SWOFFORD FREEMAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

FREEMAN DECLARATION ISO DEFTS' MTD    i

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## DECLARATION OF CYDNEY SWOFFORD FREEMAN

I, Cydney Swofford Freeman, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and before this Court. I am a partner in the law firm of Davis Wright Tremaine LLP ("DWT"), and I am one of the attorneys representing defendants Neon Rated, LLC, William Morris Endeavor Entertainment, LLC, Michael Shanks, Alison Brie, and Dave Franco (collectively, "Defendants") in this matter. The facts stated below are based on my own personal knowledge.

2. **Exhibit 1** is a true and correct copy of the screenplay for *Better Half*, dated July 9, 2020, as registered with the Copyright Office as Registration No. TXu 2-479-695.

3. **Exhibit 2** is a true and correct copy of Plaintiff StudioFest LLC's film, *Better Half*, as registered with the Copyright Office as Registration No. PA 2-492-220. Exhibit 2 is being concurrently lodged with the Court via flash drive.

4. **Exhibit 3** is a true and correct copy of Defendants' film, *Together*, which is being concurrently lodged with the Court via flash drive. As stated in more detail in Defendants' accompanying Application for Leave to File Under Seal for Thirty Days, this Exhibit contains a film that is not yet released theatrically, and whose premature public disclosure would cause economic harm or competitive disadvantage to Defendants.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this Declaration was executed on the 25th day of July, 2025, in Los Angeles, California.

_____
Cydney Swofford Freeman