NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
CYDNEY SWOFFORD FREEMAN (State Bar No. 315766)
  cydneyfreeman@dwt.com
ADRIAN F. VALLENS (State Bar No. 332013)
  adrianvallens@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
NEON RATED, LLC; WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC; MICHAEL SHANKS; ALISON BRIE; and DAVE FRANCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STUDIOFEST LLC, a New York limited liability company, | Case No. 2:25-cv-04294-JLS-SK |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a California limited liability company; DAVE FRANCO, an individual; ALISON BRIE, an individual; MICHAEL SHANKS, an individual; NEON RATED, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

1

CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Davis Wright Tremaine LLP, 350 South Grand Avenue, 27th Floor, Los Angeles, California 90071.

On August 12, 2025, I served the following document(s):

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT – FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED AUGUST 11, 2025 [DKT. 26]**

on Plaintiff in this action as stated below:

Daniel S. Miller
Samantha Rifkin
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, CA 90067
Email: dmiller@millerbarondess.com
       srifkin@millerbarondess.com

*Attorneys for Plaintiff, StudioFest LLC*

☒ (VIA ELECTRONIC MAIL) – I served a true and correct copy by electronic delivery pursuant to Fed. R. Civ. Pro. 5(b)(2)(E), to the interested parties in this action as indicated above.

☒ (VIA OVERNIGHT DELIVERY) and by sealing the envelope and placing it for collection and delivery by Federal Express with delivery fees paid or provided for in accordance with ordinary business practices.

2

CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.
3  Executed on August 12, 2025 in Portland, Oregon.

By: _____
    Samantha Ho

CERTIFICATE OF SERVICE        3

DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899