DANIEL S. MILLER (State Bar No. 218214)
dmiller@millerbarondess.com
SAMANTHA RIFKIN (State Bar No. 349277)
srifkin@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorneys for Plaintiff
STUDIOFEST LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STUDIOFEST LLC, a New York limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM MORRIS ENDEAVOR ENTERTAINMENT, LLC, a California limited liability company; DAVE FRANCO, an individual; ALISON BRIE, an individual; MICHAEL SHANKS, an individual; NEON RATED, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 2:25-cv-04294-JLS-SK**<br><br>**FIRST AMENDED COMPLAINT FOR:**<br><br>**COPYRIGHT INFRINGEMENT**<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Assigned to Hon. Josephine L. Staton<br><br>Trial Date:     None Set |

Plaintiff StudioFest LLC ("StudioFest") hereby alleges against Defendants William Morris Endeavor Entertainment, LLC ("WME"), Dave Franco ("Franco"), Alison Brie ("Brie"), Michael Shanks ("Shanks"), NEON Rated, LLC ("Neon"), and DOES 1-10, inclusive (together, "Defendants"), as follows:

## NATURE OF THE ACTION

1. This action arises from Defendants' deliberate and unlawful copying of Plaintiff's original screenplay *Better Half*.

2. Plaintiff StudioFest is a production, financing, and distribution company that acquired the exclusive rights to develop, produce and exploit the *Better Half* script written by Patrick Phelan ("Phelan").

3. StudioFest set its sights on casting real-life married couple Dave Franco and Alison Brie in the two lead roles. In 2020 it submitted the *Better Half* script and synopsis directly to Franco's and Brie's agents at WME. Defendants Franco and Brie passed on the offer to star in the project.

4. But in January 2025 Plaintiff learned that Franco and Brie were producing and starring in a substantially similar project entitled *Together*, a film written and directed by another WME client—Michael Shanks.

5. *Together* is a blatant rip-off of the *Better Half* screenplay. Both works center around a couple who wake up to find their bodies physically fused together as a metaphor for codependency. The similarities do not end there. Defendants lifted wholesale creative elements, including but not limited to, plot, themes, characters, dialogue, mood, setting, pace, sequence of events, and the selection and arrangement of these elements.

6. Defendants' unauthorized appropriation of Plaintiff's script has directly contributed to the commercial success of *Together*. The film sold to NEON Rated, LLC doing business as "Neon" for a reported $17 million after it premiered at the Sundance Film Festival and went into a bidding war, making it one of the biggest deals in Sundance history. WME Independent—the film sales and financing arm of

1 WME—brokered the deal.

2     7.    *Together* was released in theaters across the United States on July 30, 2025, and has since grossed approximately $23 million at the worldwide box office.

    8.    Plaintiff brings this lawsuit to hold Defendants accountable for their theft. Plaintiff seeks to recover damages and to enjoin any further infringement of StudioFest's copyright interests.

## PARTIES

    9.    Plaintiff StudioFest is a limited liability company organized under the laws of New York and maintains its principal place of business in New York, New York.

    10.    Defendant WME is a limited liability company organized under the laws of California and maintains its principal place of business in Beverly Hills, California.

    11.    Defendant Dave Franco is an individual residing in Los Angeles, California.

    12.    Defendant Alison Brie is an individual residing in Los Angeles, California.

    13.    Defendant Michael Shanks is an individual residing in Melbourne, Australia.

    14.    Defendant Neon is a limited liability company organized under the laws of Delaware and maintains its principal place of business in Los Angeles, California.

    15.    The true names and capacities, whether individual, corporate, or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are presently unknown to Plaintiff, who therefore sues these Defendants by such fictitious names. Plaintiff will seek leave to amend this Complaint to allege the true names and capacities of DOES 1 through 10, inclusive, when Plaintiff has ascertained such information. Plaintiff is informed and believes, and on that basis

alleges, that each Defendant named herein as DOES 1 through 10, inclusive, has participated in some or all of the acts or conduct alleged in this Complaint and is liable to Plaintiff by reason thereof.

16. Plaintiff is informed and believes, and on that basis alleges, that each Defendant conspired with, aided and abetted, ratified the conduct of, knowingly acquiesced in and accepted the benefits of each other Defendant as alleged herein.

17. Plaintiff is informed and believes, and on that basis alleges, that except as otherwise alleged herein, each of the Defendants is, and at all times relevant to this Complaint was, the agent, employer, partner, joint venturer, alter ego, affiliate, and/or co-conspirator of the other Defendants and, in doing the things alleged herein, was acting within the course and scope of such positions at the direction of, and/or with the permission, knowledge, consent, and/or ratification of the other Defendants.

## JURISDICTION AND VENUE

18. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367(a) because the Court has original jurisdiction over StudioFest's claim for copyright infringement arising under 17 U.S.C. §§ 101 *et seq*.

19. The Court has personal jurisdiction over Defendants because they reside and/or conduct business in the State of California.

20. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because Defendants reside and/or conduct a substantial amount of business in the district and a substantial part of the events and omissions giving rise to Plaintiff's claim occurred in this district.  Venue also is proper in this district pursuant to 28 U.S.C. § 1391(c) and 1400(a) because Defendants are subject to personal jurisdiction in this district.

### A. Development of *Better Half*

21. In or around 2011, Patrick Phelan conceived the idea for *Better Half* after he read Plato's *Symposium* and thought a film about two people who become fused together lent itself to comedic expression. Phelan developed the idea over many years and wrote the *Better Half* screenplay in 2019.

22. StudioFest is a production, financing, and distribution company specifically designed to discover and elevate new voices. It produced its debut feature film *Souvenirs* in 2018 and sold it to A & E Networks. StudioFest optioned Phelan's script in 2019.

23. StudioFest owns the copyright to the *Better Half* screenplay, which it registered on April 7, 2025 with the United States Copyright Office (Registration Number TXu 2-479-695).

24. StudioFest expended considerable time and money to produce *Better Half*. It cast Dianne Doan and Connor Paolo as the leads, with filming starting on October 7, 2021 and ending in November 2021. The film premiered at Dances With Films in 2023 and then screened at the Brooklyn Film Festival, Heartland Film Festival, Beloit International Film Festival, and Julien Dubuque International Film Festival. Plaintiff includes this information only for purposes of damages. Plaintiff does not allege copyright infringement of the *Better Half* film and references to "*Better Half*" mean the *Better Half* screenplay unless stated otherwise.

### B. StudioFest Submits an Offer to Franco and Brie

25. Defendant WME is one of Hollywood's biggest and most powerful entertainment agencies, representing some of the world's top artists and talent. In the motion picture industry, production companies and writers commonly submit ideas and written materials to agencies with the understanding that these ideas and materials will not be disclosed or used without compensation or consent.

26. StudioFest hired casting director Lois Drabkin ("Drabkin") to attach cast to the *Better Half* script. According to industry practice, on August 19, 2020

Drabkin emailed WME agents T.J. Bernardy ("Bernardy") and Jessica Kovacevic ("Kovacevic"), who represent Franco and Brie respectively, to extend their clients an official offer for the two leads.

27. In Drabkin's email, she provided a synopsis of the project and attached the full *Better Half* script for Franco and Brie to review. The script was shared in confidence and with the understanding that it would not be disclosed or used beyond the limits of the confidence without StudioFest's consent.

28. Bernardy replied to Drabkin's email asking for clarification: "Thanks! So to be clear, offer for both Dave and Alison?" Drabkin responded affirmatively, confirming the offer was for both actors. Bernardy followed up the next day to inform Drabkin that Franco was going to pass. A true and correct copy of the email exchange is attached hereto as **Exhibit A**.

C. **Defendants Copy *Better Half***

29. Plaintiff is informed and believes that Defendants engaged in an intentional scheme to copy the *Better Half* screenplay, and that Franco and Brie rejected StudioFest's offer because they wanted to produce the film themselves and have WME package the project with one of the agency's own writers.

30. Defendants Franco and Brie have been married since 2017 and have worked on a number of projects together, including co-starring in *The Little Hours*, *The Disaster Artist*, *Horse Girl* and *The Rental*. Franco also directed Brie in *Somebody I used to Know*.

31. According to public interviews, Franco and Brie signed on to produce and star in *Together* immediately after WME arranged a meeting between Franco and Shanks. Franco and Shanks are both represented by WME agent Bernardy. In an interview with *The Hollywood Reporter*, Shanks says that his agent at WME works with Franco and suggested they meet. When Franco and Shanks met over Zoom, Shanks pitched the script *Together* and then sent Franco the full screenplay. According to Brie, she had been "lurking in the shadows" during the meeting and

6
FIRST AMENDED COMPLAINT

listening in.  Franco forwarded her the script, and the couple signed on the next day.

32.   On information and belief, after obtaining access to the *Better Half* script, Defendants incorporated protected elements of the work into drafts of the *Together* screenplay and ultimately into the *Together* motion picture.

33.   On January 29, 2025, Plaintiff learned that Franco and Brie were producing and starring in *Together*.

34.   Plaintiff received a flurry of calls and text messages from colleagues and friends, expressing concern over the striking similarities between the two projects.  For example, one such text message read: "sounds like something else i've [sic] heard of ! [sic]" with a link to an article about *Together*.

35.   On January 30, 2025, *Better Half* film producers Jess Jacklin ("Jacklin") and Charles Beale ("Beale") decided to attend the Sundance Film Festival screening of *Together* to assess the extent of the similarities between Defendants' film and the *Better Half* screenplay.  As the audience laughed and cheered, Jacklin and Beale sat in stunned silence, their worst nightmare unfolding.  Scene after scene confirmed that Defendants did not simply take "stock ideas" or "*scenes a faire*" but stole significant creative aspects of *Better Half's* copyrightable expression.

### D.   *Together*'s Success

36.   Defendants' unlawful appropriation of Plaintiff's script has directly contributed to the commercial success of *Together*.  On information and belief, after the film's debut at the Sundance Film Festival, it went into a days-long bidding war.  WME Independent reportedly fielded offers from multiple buyers, including A24 vying for the film.  *Together* ultimately sold to Neon for approximately $17 million, making it one of the biggest Sundance deals on record.  Neon has acquired the distribution rights to five consecutive Palme d'Or winners at the Cannes Film Festival, with its feature film *Parasite* winning four Academy Awards, including Best Picture and Best Director.

37. *Together* also premiered at the South by Southwest Film & TV Festival ("SXSW") on March 7, 2025. The film has earned widespread acclaim, receiving positive reviews from critics and audiences alike.

38. On July 30, 2025 *Together* opened in theaters across the United States, with international releases following. The film has grossed about $23 million at the global box office.

### E. *Together* is Substantially Similar to *Better Half*

39. *Together* is a blatant rip-off of the *Better Half* screenplay, copying the latter's plot, themes, characters, dialogue, mood, setting, pace, sequence of events, and selection and arrangement of these elements. The totality of similarities between the two projects belies any claim of coincidence or independent creation.

### (a) Plot

40. Both *Better Half* and *Together* center around a couple who wake up to find their bodies physically fused together as a metaphor for codependency.

41. In both works, Aristophanes' speech in Plato's *Symposium* serves as a thematic vehicle to introduce the idea that humans were once whole but were split apart, leaving them searching for their missing half. But *Better Half* inverts this premise—rather than depicting two individuals striving for reunion, its protagonists are forcibly and literally conjoined and spend the entire narrative seeking separation. The story's momentum is driven by the characters' struggle to part, not come together. *Together* copies *Better Half*'s distinctive inversion of the classical myth.

42. In both *Better Half* and *Together*, the main characters struggle to navigate daily life as their physical attachment progresses and they start to control each other's body parts. While at first they desperately search for ways to detach their bodies—from medical intervention to chainsaws—by the end, they resign themselves to their conjoined existence.

43. Both works revolve around the unexpected and deeper connection that occurs when the protagonists progressively merge bodies.

44. In both works, the protagonists initially attempt to conceal their physical attachment from others, but by the end, they no longer try to hide their condition.

45. In both works, the protagonists accept their conjoined existence in a culminating scene where the characters pull out a vinyl record and dance together.

**(b)    Themes**

46. Both *Better Half* and *Together* share the same themes of codependency, isolation, autonomy, fear of becoming one's parents, lack of accomplishment in career, and fear of commitment.

47. In both works, Plato's *Symposium* is used as a storytelling device to explore the theme of codependency. According to Aristophanes' myth in Plato's *Symposium*, humans were split in two and spend their lives searching for their missing half in order to feel whole again. By contrast, *Better Half* and *Together* focus on the perils of enmeshment, showing how it can be a source of pain and lead to a loss of personal identity.

48. Both works explore the theme of how romantic relationships are haunted by the unresolved imprint of parental relationships. Left unprocessed, the parental specter becomes an emotional barrier that undermines intimacy and strains the bond between partners.

49. Both works address the theme of how suppressing aspects of oneself—including one's past—can keep a relationship in stasis. The forced fusion that occurs in both works operates as a kind of karmic punishment for these character flaws. The salve is a conscious acceptance of not only one's past but also one's flaws and particularities.

**(c)    Characters**

50. Having now obtained access to *Together*, Plaintiff has been able to conduct a full and thorough review of the film, allowing for a detailed character analysis. Plaintiff first received the film on July 25, 2025 when Defendants lodged

it with the Court in support of their motion to dismiss.

### The Male Protagonists: Art (*Better Half*) and Tim (*Together*)

51. The male leads are substantially similar. Art and Tim are heterosexual men in their 30s who are disappointed with where life has led them and trapped in their inertia. They are sensitive, soft-spoken, emotionally needy, and codependent in their relationships. They represent the anxious attachment style. At the outset of both works, each is subjected to an immediate demasculinization. In *Better Half*, Art breaks down in tears in front of his class because his girlfriend left him after he proposed. In *Together*, Tim's dominant girlfriend awkwardly proposes to him in front of their friends, and he sheepishly says yes.

52. Art and Tim suffer from arrested development in their romantic relationships, which trickles down to their careers. Both men put their careers on hold in order to accommodate the professional goals of their girlfriends. While Art and Tim pretend they are happy to make this sacrifice, they harbor a festering resentment. The physical merging they undergo with the female protagonists forces them to address these feelings. Art and Tim each move from codependency to interdependency, a process resulting from their growing awareness of their unhealthy relationship patterns.

53. In both works, the male protagonist's dependence on women is framed through maternal imagery. For example, in *Better Half*, the female protagonist surmises that Art was "coddled too much" by his mother and has spent his adult life trying to fill that void. She even speculates that one of his girlfriends probably dumped him after he mistakenly called her "mom," which Art concedes. In *Together*, the female protagonist exclaims that she cannot make every decision for Tim and she's not his mother even if she feels like it.

54. In both works, it is the male protagonist who seeks to understand how the fusion occurred, while the female protagonist shows less curiosity about its origin and is more concerned with bringing it to an end.

55. In both works, the male protagonist nearly destroys the female protagonist's career, which is not only disastrous for her given how much she values her career but also for him since he was already walking on thin ice in the relationship.

56. Art and Tim are both serious collectors of vinyl records. Their collections are stored in boxes and prominently represented. In fact, Art owns multiple *Spice Girls* records, and Tim owns a copy which he gifted to his girlfriend and plays in the scene where they accept their fusion.

### The Female Protagonists: Daphne (*Better Half*) and Millie (*Together*)

57. The female leads are also substantially similar. Both Daphne and Mille are heterosexual women in their 30s who are ambitious, strong, and career-driven. They control the direction of their romantic relationships.

58. Their character arcs follow parallel trajectories: the forced fusion breeds resentment, rooted in a sense of being stuck with someone they regard as beneath them. But by the end, both Daphne and Millie yield to forces outside their control.

59. The female protagonists are depicted as pragmatic and solution-oriented, caring less about how the fusion occurred and more about finding practical means to end it.

### The Gay Confidant: Paul (*Better Half*) and Jamie (*Together*)

60. The gay confidant character is one of the most surprising parallels between the two works. Both Paul and Jamie are presented as a threat to the male lead's heterosexual relationship only later to be revealed as homosexual.

61. Paul and Jamie also serve as confidants for relationship woes. In *Better Half*, Paul is Art's best friend whom Art confides in about his breakup and romantic frustrations. In *Together*, Jaime is Millie's work colleague and neighbor, and she turns to him to discuss her fight with Tim and the problems in their relationship.

62. Paul and Jaime are depicted not only as sexually slippery but also as morally slippery. For example, in *Better Half* the reader questions whether Paul is really Art's best friend, while in *Together* the audience is left wondering whether Jamie is simply a helpful neighbor or whether something more sinister is going on beneath the surface.

**The Parental Specter: Daphne's Parents (*Better Half*) and Tim's Parents (*Together*)**

63. In both works, the parents inhabit an outsized role within a claustrophobic story of two people becoming increasingly attached. In *Better Half*, Daphne's fear of serious relationships is a result of her own parents' unhealthy dynamic, which culminates in a dinner scene where Art is forced to witness her parents' bickering firsthand. In *Together*, the parental specter manifests through Tim's recurring memories of his parents' horrific end. Both sets of parents cast long shadows on the protagonists' relationships.

### (d) Sequence of Events

64. Both works open with a visual motif that foreshadows the protagonists' fate of being inextricably bound together. *Better Half* uses a crude drawing of a creature that resembles two human-like figures conjoined together while *Together* shows two dogs that are stuck together.

65. In both works, awkward marriage proposals are used in a manner that emasculates the male protagonist. In *Better Half*, Art breaks down in tears in front of his class because his girlfriend left him after he proposed. In *Together*, Millie awkwardly proposes to Tim who sheepishly says yes.

66. Both works also use a strikingly similar visual motif of rodents that are stuck together to hint at the characters' fate. *Better Half* features a mouse stuck to a sticky trap in Art's home, and the mouse is later pulled by a second mouse. *Together* shows rats stuck together in the couple's home. This is not a generic or incidental similarity. It is a unique and highly specific artistic decision that yet

again underscores Defendants' improper appropriation.

67. In both works, the male protagonist, who is portrayed as unhappy and unfilled in both his career and love life, incites a supernatural merging process.

68. In both works, the supernatural merging is preceded by strange events having to do with water. In *Better Half*, Art's tears over his lost love cause an electrical spark, putting into motion the events that cause him to be stuck to Daphne. In *Together*, Tim drinks water from a pool in a cave, causing him to become attached to Millie. And in both stories, a torrential downpour of rain forces the couple to spend the night together and they wake up to discover that the physical merging process has begun.

69. In the second act of both works, one of the main characters discusses their obsession with the Spice Girls and the other lead character discusses their parental trauma which led to their fear of commitment. Indeed, both works include multiple references to the Spice Girls—including the song "2 Become 1"—and feature a character who has a vinyl copy of the record.

70. In the second act of both works, the protagonists experience a progression of their physical attachment where they begin to control each other's body parts.

71. Both works feature a similar bathroom sequence where the protagonists are attached at the genitals and attempt to hide their intimate encounter from a minor character waiting just outside. In *Better Half*, they scramble to hide from Art's former love interest who is just outside the bathroom door. And in *Together*, they desperately try to conceal their intimate predicament from Millie's implied romantic crush, who similarly lingers by the bathroom doorway.

72. In both works, the visual motif introduced in the opening scene is called back in the second act to reinforce the theme of codependency. In *Better Half*, Art pulls out his crude drawing of the conjoined creature from his classroom lecture. In *Together*, Millie sees a rough sketch of conjoined dogs on a student's

desk during class.

73.　In the second act of both works, one of the main characters tries to make it in time for their pivotal career opportunity but is unable to get to where they need to be due to their physical merging.

74.　In *Better Half* and *Together*, as the physical attachment progresses, the protagonists experience seizure-like movements.

75.　In both works, Plato's *Symposium* is narrativized to an explanatory end by a character who is a teacher.  The merging process is juxtaposed against the ancient concept of the human split described in the *Symposium*.  What is highly unique about *Better Half*, and mirrored in *Together*, is that the story reverses this premise: rather than depicting a split followed by a search for reunion, the protagonists are forcibly merged, and the narrative centers on their struggle to separate.

76.　In both works, the characters discuss using a chainsaw as a detachment device and have a similar fight about going to the hospital for medical intervention.

77.　Near the end of both works, the protagonists—after battling each other and their attachment— play a vinyl record and dance together in a pivotal emotional scene where they embrace their conjoined existence.

### (e)　Setting

78.　Both works are set in the contemporary United States and largely take place inside the home as the main characters try to hide their physical attachment from the outside world.

79.　Both *Better Half* and *Together* include scenes at the school where one of the protagonists works as a teacher.

80.　Both works include a scene set in a medical setting involving a doctor.  In *Better Half*, the protagonists visit a hospital where a doctor is unable to diagnose their condition.  In *Together*, Tim seeks help at a doctor's office only to be misdiagnosed.  In each instance, the medical setting highlights the characters'

predicament and emphasizes that conventional medicine cannot explain or resolve their condition.

### (f) Mood and Pace

81. Both *Better Half* and *Together* are character-driven works that combine different genres. *Better Half* is a romantic comedy ("rom-com") with body horror elements while *Together* blends body horror with rom-com elements.

82. Defendants Shanks, Brie, and Franco have stated in public interviews that *Together* is not a pure horror film but is a mix of horror and comedy. For example, in a July 30, 2025 interview on the *Today Show*, Brie and Franco each call *Together* "a horror com-rom." Brie explains that people who don't like horror "will still like this movie because ultimately it's a relationship story." Similarly, in a Q&A after the film's premiere at Sundance Film Festival, when an audience member asked Shanks how he blended the horror with the humor, Shanks explained: "another reason it had to be these guys [Brie and Franco] who could just do the drama, do the intensity, and then also just nail the comedy."

83. Media outlets have also recognized *Together* as a horror rom-com. For instance, in a Deadline review dated January 27, 2025, the film is referred to as a "Body Horror Rom-Com" which "seamlessly blends body horror and romantic comedy."

84. Many of the beats that *Together* copies from *Better Half* have a comedic tone, which is in stark contrast with the horror edges of the film. For example, *Together* ends as a rom-com with the couple dancing to a Spice Girls vinyl record in the scene where they accept their conjoined existence.

### (g) Dialogue

85. Both works introduce Plato's *Symposium* through a teacher, using the same pedagogical tone to present the story as a learning moment. In each, the teacher explains that human beings originally had two faces and eight limbs, but Zeus split them in half because the gods feared their power.

86. In *Better Half*, Art explains to his class: "In Plato's *Symposium*, Aristophanes tells us of man's beginnings, when the human shape was round . . . We had eight limbs. And two faces. And look how happy we were. But the gods feared man's strength, thinking we'd storm Mount Olympus, take over their kingdom. They had to cripple us to protect themselves. So Zeus took his lightning bolts and split us in two. Ever since, mankind has been half . . . half of a whole. We spend our lives, our entire lives, searching for our missing half. Broken Incomplete."

87. In *Together*, Jamie explains to Millie: "Plato wrote that the Ancient Greeks believed we were created with four arms, four legs, and a head with two faces, but Zeus feared our power so he split us into two separate parts dooming us to spend our lives in search of the other half. If you think you found that, don't be so quick to let it go."

88. Both works reference the Spice Girls throughout the story, including a reference to the same exact Spice Girls song "2 Become 1."

## CAUSE OF ACTION
### (Copyright Infringement)
### (*Against All Defendants*)

89. Plaintiff StudioFest incorporates and realleges all the foregoing and subsequent allegations as if fully set forth herein.

90. StudioFest is the owner of the copyright in an original work that is fixed in tangible medium of expression.

91. StudioFest has the exclusive rights to produce the *Better Half* screenplay, prepare derivative works based upon the copyrighted work, distribute copies of the copyrighted work, and display and perform the copyrighted work publicly.

92. Defendants had access to the *Better Half* script and copied concrete elements for their own film. *Better Half* and *Together* are substantially similar in

myriad ways, including but not limited to, plot, themes, characters, mood, pace, setting, dialogue, sequence of events, and the selection and arrangement of these elements.

93. Defendants have produced, reproduced, prepared derivative works based upon, distributed, publicly performed, and/or publicly displayed StudioFest's protected work and/or derivatives of StudioFest's protected work without StudioFest's consent.

94. By broadcasting the infringing work *Together*, Defendants have distributed copyrighted elements of *Better Half*, and the expression contained therein, to the public, performed and displayed the copyrighted work publicly, and created a derivative work based on *Better Half* without StudioFest's consent.

95. By engaging in the conduct described above, Defendants have committed and continue to commit copyright infringement under the Copyright Act, 17 U.S.C. §§ 101 *et seq*.

96. As a direct and proximate result of Defendants' infringement, StudioFest has suffered damages, including but not limited to, lost revenues and profits, damaged relations with existing and prospective business partners, loss of goodwill, and continuing loss of value of its copyright interests in *Better Half*. With respect to damages, when the *Better Half* film is eventually released to the public, there is a significant likelihood that the public will assume it copied *Together* due to the extensive and highly publicized press coverage surrounding Defendants' film.

97. Defendants' infringement and substantial contributions to the infringement of StudioFest's copyrighted work and/or Defendants' failure to exercise their right and ability to supervise persons within their control to prevent such persons from infringing StudioFest's copyrighted work have been done willfully and in conscious disregard of StudioFest's rights under the federal Copyright Act. Defendants have directly, contributorily, and/or vicariously infringed StudioFest's copyrighted work.

98. As a direct and proximate result of Defendants' infringement of StudioFest's copyright interest in *Better Half*, StudioFest has been damaged and continues to be damaged in an amount to be proven at trial. StudioFest is also entitled to statutory damages, to the extent they exceed StudioFest's actual damages, for each of Defendants' acts of infringement under 17 U.S.C. § 504(a).

99. In doing the acts alleged herein, Defendants acted willfully and maliciously, entitling StudioFest to enhancement of any statutory damages pursuant to 17 U.S.C. § 504(c)(2).

100. In doing the acts alleged herein, StudioFest is entitled to disgorgement of profits pursuant to 17 U.S.C. § 504(b).

101. In doing the acts alleged herein, StudioFest is entitled to attorneys' fees and costs pursuant to 17 U.S.C. § 505.

102. Defendants' infringement has caused and will continue to cause irreparable harm, for which StudioFest has no adequate remedy at law. StudioFest is therefore entitled to preliminary and permanent injunctions prohibiting Defendants from further acts of infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendants as follows:

(1) For damages in an amount according to proof at trial;

(2) For disgorgement of profits pursuant to 17 U.S.C. § 504(b);

(3) For preliminary and permanent injunctive relief;

(4) For StudioFest to recover its proven damages or statutory damages elected in accordance with the Copyright Act, 17 U.S.C. § 504;

(5) For costs of suit incurred herein and attorneys' fees pursuant to pursuant to 17 U.S.C. § 505;

(6) For an award of pre-and post-judgment interest at the legal rate; and

(7) For such other relief that the Court deems just and proper.

1 | DATED: August 22, 2025          MILLER BARONDESS, LLP

By:  */s/ Daniel S. Miller*
DANIEL S. MILLER
Attorneys for Plaintiff
STUDIOFEST LLC

## DEMAND FOR JURY TRIAL

By its undersigned attorney, Plaintiff hereby demands a jury trial.

DATED: August 22, 2025          MILLER BARONDESS, LLP

By: */s/ Daniel S. Miller*
DANIEL S. MILLER
Attorneys for Plaintiff
STUDIOFEST LLC