# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | CV 25-04294-JLS-(SKx) | Date | February 6, 2026 |
|---|---|---|---|
| Title | Studiofest LLC. v. William Morris Endeavor Entertainment, LLC., et al. | | |

PRESENT: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | Miranda Algorri |
|---|---|
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:       ATTORNEYS PRESENT FOR DEFENDANT:

| Daniel Miller | Adrian Vallens |
|---|---|
| Samantha Rifkin | Nicolas Jampol |

**PROCEEDINGS:   Motion to Dismiss Plaintiff's First Amended Complaint filed by Defendants Alison Brie, Dave Franco, Neon Rated, LLC, Michael Shanks, William Morris Endeavor Entertainment, LLC.   [34]**

The case is called and counsel state their appearances. Court and counsel confer. The motion hearing is held. The Court takes the motion under submission and a written order will issue.

                                                                                          :   26

Initials of Clerk: kd